IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SYLVIA ARDLEY,

    Plaintiff,

v.                                                      CASE NO. 1:09-cv-00185-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 13, regarding the Motion to Remand filed by Michael J. Astrue ("Commissioner"), Doc. 12. The Commissioner has moved to remand this matter under sentence six of 42 U.S.C. § 405(g). The Magistrate Judge recommended the matter be remanded. No party objects to the Report and Recommendation, and the time for doing so has passed. Finding no plain error, it is

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 13, is ADOPTED and incorporated herein.

2.     This matter is REMANDED to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings by the Appeals Council.

3.     The parties shall file a Status Report no later than March 16, 2010, advising the Court of the status of the administrative proceedings.

**DONE AND ORDERED** this _19th_ day of January, 2010

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge