IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SYLVIA ARDLEY,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00185-MP -GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 23, Motion for Final Judgment by Michael J Astrue. On January 10, 2010, the Court remanded this case pursuant to 42 U.S.C. § 405(g) for further proceedings. On remand, Plaintiff was found eligible for benefits in a favorable Administrative Law Judge decision dated November 16, 2010. Plaintiff has no objection to this Motion for Final Judgment. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Motion for Final Judgment, Doc. 23, is GRANTED.

2. The Clerk is directed to enter final judgment in favor of the Plaintiff.

3. Plaintiff is instructed that she must file her application for attorney fees under the Equal Access to Justice Act within thirty (30) days of the entry of final judgment for that application to be timely.

**DONE AND ORDERED** this   10th  day of January, 2011

                                    *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge